```
                                                    FILED
                                                   Jun 28 2023
                                                    2:43 pm
                                            CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA
                                          BY      s/ dmartinez      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEONARD DARNELL GEORGE (1),<br>    aka "The Goalie,"<br>████████████████████<br>████████████████████<br>MARIO ANGEL GUTIERREZ (4),<br>    aka "Parce,"<br>ESTEBAN GALVAN (5),<br>    aka "Gordo,"<br>████████████████████<br>████████████████████<br>        Defendants. | Case No. '23 CR1291 GPC<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Sec. 201(b)(2)(C) – Receiving Bribe by Public Official;<br>Title 21, U.S.C., Secs. 952, 960 and 963 – Conspiracy to Import Controlled Substances; Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Controlled Substances; Title 18, U.S.C., Sec. 924(c)(1)(A) – Possession of Firearm in Furtherance of a Drug Trafficking Crime; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Secs. 924(d)(1) and 981(a)(1)(C), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

### Count 1

(Receiving Bribe by Public Official)

Beginning no later than October 21, 2021 and continuing to June 6, 2022, within the Southern District of California, and elsewhere, defendant LEONARD DARNELL GEORGE, aka "The Goalie," a public official, that is a United States Customs and Border Protection Officer, did directly and indirectly corruptly demand, seek, receive, accept, and agree to receive and accept items of value in return for being induced to permit narcotics laden vehicles entry into the United States in

BCPE:MGW:nlv:San Diego:6/28/23

violation of defendant's official duties, that is failing to enforce the controlled substances and customs laws of the United States; in violation of Title 18, United States Code, Section 201(b)(2)(C).

Count 2

(Conspiracy to Import Controlled Substances)

Beginning on a date unknown to the grand jury and continuing up to and including May 17, 2023, within the Southern District of California, and elsewhere, defendants LEONARD DARNELL GEORGE, aka "The Goalie," ▓▓▓▓▓ MARIO ANGEL GUTIERREZ, aka "Parce," ESTEBAN GALVAN, aka "Gordo," ▓▓▓▓▓ ▓▓▓▓▓ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to import 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II Controlled Substance; and 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; all in violation of Title 21, United States Code, Sections 952, 960 and 963.

Count 3

(Conspiracy to Distribute Controlled Substances)

Beginning on a date unknown to the grand jury and continuing up to and including May 17, 2023, within the Southern District of California,

1  and elsewhere, defendants LEONARD DARNELL GEORGE, aka "The Goalie," ▇
2  ▇                                                          MARIO ANGEL
3  GUTIERREZ, aka "Parce," ESTEBAN GALVAN, aka "Gordo," ▇
4  ▇
5  ▇ did knowingly and intentionally conspire together and with each
6  other and with other persons known and unknown to the grand jury to
7  distribute 500 grams and more of a mixture and substance containing a
8  detectable amount of methamphetamine, a Schedule II Controlled
9  Substance; 5 kilograms and more of a mixture and substance containing a
10 detectable amount of cocaine, a Schedule II Controlled Substance;
11 400 grams and more of a mixture and substance containing a detectable
12 amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide
13 (commonly known as fentanyl), a Schedule II Controlled Substance; and
14 1 kilogram and more of a mixture and substance containing a detectable
15 amount of heroin, a Schedule I Controlled Substance; all in violation
16 of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 4
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

19     On or about November 29, 2022, within the Southern District of
20 California, and elsewhere, defendant MARIO ANGEL GUTIERREZ, aka "Parce,"
21 did knowingly possess a firearm, to wit: one Palmetto State Armory AR-
22 15 style rifle, one Maadi ARM AK-47 style rifle, and one Canik TP9SFX
23 9mm semiautomatic handgun, in furtherance of a drug trafficking crime
24 for which he may be prosecuted in a court of the United States, that is,
25 Conspiracy to Import and Distribute Controlled Substances as alleged in
26 //
27 //
28 //

Counts 2 and 3 of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).




## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 4 above are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count 1 of this Indictment, defendant LEONARD DARNELL GEORGE, aka "The Goalie," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) all property, real and personal, that constitutes and is derived from proceeds traceable to the violation.

3. Upon conviction of one and more of the felony offenses alleged in Counts 2 and 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants LEONARD DARNELL GEORGE, aka "The Goalie," ███████████████ ███████████████ MARIO ANGEL GUTIERREZ, aka "Parce," ESTEBAN

4

1 | GALVAN, aka "Gordo," ███████████
2 | ████████████████████████████████████████ shall forfeit to the
3 | United States all rights, title and interest in any and all property
4 | constituting, and derived from, any proceeds the defendants obtained,
5 | directly and indirectly, as the result of the offenses, and any and all
6 | property used and intended to be used in any manner and part to commit
7 | and to facilitate the commission of the violations alleged in Counts 2
8 | and 3 of this Indictment.

      4.    Upon conviction of the offense alleged in Count 4 of this Indictment, defendant MARIO ANGEL GUTIERREZ, aka "Parce," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the offense. The property to be forfeited includes, but is not limited to: (one) Palmetto State Armory AR-15 style rifle, (one) Maadi ARM AK-47 style rifle, and (one) Canik TP9SFX 9mm semiautomatic handgun.

      5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

DATED: June 28, 2023.

A TRUE BILL:

RANDY S. GROSSMAN
United States Attorney

By: *[signature]*
BIANCA CALDERON-PEÑALOZA
MICHAEL G. WHEAT
Assistant U.S. Attorneys

I hereby attest and certify on Jun 29, 2023 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
Clerk, U.S. District Court
Southern District of California
By: s/ D.Martinez
Deputy