TARA K. MCGRATH
United States Attorney
Brandon J. Kimura
Assistant U.S. Attorney
California Bar No.: 241220
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9614
E-mail: Brandon.kimura@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 23-CR-1291-TWR |
|---|---|
| Plaintiff, | ) MOTION TO SEAL EXHIBITS |
| v. | ) |
| LEONARD DARNELL GEORGE aka "The Goalie" (1), | ) |
| Defendant. | ) |

The plaintiff, UNITED STATES OF AMERICA, by its counsel, Tara K. McGrath, United States Attorney, and Brandon J. Kimura, Assistant United States Attorney, moves to seal Exhibits 1, 3, and 4 to the United States' Supplemental Motion in Limine to Admit Defendant's Cellphone Evidence in the above-entitled matter, until further court order given the law enforcement and sensitive personal information contained by these records.

DATED: June 3, 2024                               Respectfully submitted,

                                                  TARA K. MCGRATH
                                                  United States Attorney

                                                  */s/ Brandon J. Kimura*
                                                  BRANDON J. KIMURA
                                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No. 23-CR-1291-TWR |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| LEONARD DARNELL GEORGE | ) | |
| aka "The Goalie" (1), | ) | |
| Defendant | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Brandon J. Kimura, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the United States' Motion to Seal Exhibits – United States' Supplemental Motion in Limine to Admit Defendant's Cellphone Evidence on the following parties by electronically filing the foregoing with the U.S. District Court for the Southern District of California and the  ECF System, which electronically notifies them:

Antonio Yoon Esq.

Attorney for Defendant LEONARD DARNELL GEORGE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2024.

/s/BRANDON J. KIMURA
BRANDON J. KIMURA
Assistant U.S. Attorney